UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
THEMIS CAPITAL and                                     :
DES MOINES INVESTMENTS LTD.,                           :   No. 09 Civ. 1652 (GBD)
                                                       :
                              Plaintiffs,              :
v.                                                     :
                                                       :   **NOTICE OF APPEARANCE**
DEMOCRATIC REPUBLIC OF CONGO                           :
and CENTRAL BANK OF THE                                :
DEMOCRATIC REPUBLIC OF THE                             :
CONGO,                                                 :
                                                       :
                              Defendants.              :
------------------------------------------------------ x

       PLEASE TAKE NOTICE that defendants, the Democratic Republic of Congo ("Congo") and the Central Bank of the Democratic Republic of the Congo ("Central Bank"), hereby appear in the above-captioned action and that the undersigned has been retained as attorney for said defendants and requests that all future correspondence and papers in this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system.  The parties to this notice of appearance reserve all rights and defenses they may have, and such appearance shall not impair or otherwise affect such rights and defenses, including defenses based on improper service, lack of jurisdiction, or other challenges to the

jurisdiction or venue of this Court or any other Court, and all such rights and defenses are expressly preserved.

Dated: New York, New York
      January 7, 2011

                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
     Carmine Boccuzzi (boccuzzi@cgsh.com)
     New York Bar No. CB-2177

     One Liberty Plaza
     New York, New York 10006
     (212) 225-2508
     (212) 225-3999 (facsimile)

*Attorney for the Democratic Republic of the Congo and the Central Bank of the Democratic Republic of Congo*