UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
THEMIS CAPITAL and                              :
DES MOINES INVESTMENTS LTD.,         :   No. 09 Civ. 1652 (PAE)
                                                             :
         Plaintiffs,                        :
v.                                                            :
                                                             :   **NOTICE OF APPEARANCE**
DEMOCRATIC REPUBLIC OF CONGO   :
and CENTRAL BANK OF THE                  :
DEMOCRATIC REPUBLIC OF THE         :
CONGO,                                                 :
                                                             :
         Defendants.                      :
-------------------------------------------------------- x

       TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE that I, Debra D. O'Gorman of Dechert LLP, hereby enter my appearance as additional counsel of record on behalf of Plaintiffs Themis Capital and Des Moines Investments Ltd. in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 8, 2012                     DECHERT LLP

                                              By: /s/ Debra D. O'Gorman
                                                 Debra D. O'Gorman (DO 1643)

                                         1095 Avenue of the Americas
                                         New York, New York 10036
                                         (212) 698-3500 (phone)
                                         (212) 698-3599 (facsimile)

                                         *Attorneys for Plaintiffs Themis Capital and*
                                         *Des Moines Investments Ltd.*