UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEMIS CAPITAL and<br>DES MOINES INVESTMENTS LTD.,<br><br>                          Plaintiffs,<br><br>   -against-<br><br>DEMOCRATIC REPUBLIC OF CONGO<br>and CENTRAL BANK OF THE<br>DEMOCRATIC REPUBLIC OF THE<br>CONGO,<br><br>                          Defendants. | 09 Civ. 1652 (PAE)<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for plaintiffs in the above-captioned action and requests that all future notices and papers in this action be served upon the undersigned at the address below.

Dated: September 18, 2012

                                                    MILLER & WRUBEL P.C.

                                 By:  /s/ Joel M. Miller
                                                 Joel M. Miller
                                                 Charles R. Jacob III
                                                 Amanda F. Parsels
                                                 570 Lexington Avenue
                                                 New York, New York 10022
                                                 (212) 336-3500
                                                 jmiller@mw-law.com
                                                 cjacob@mw-law.com
                                                 aparsels@mw-law.com

                                                 *Attorneys for Plaintiffs*
                                                 *Themis Capital and*
                                                 *Des Moines Investments Ltd.*