UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THEMIS CAPITAL and<br>DES MOINES INVESTMENTS LTD.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>DEMOCRATIC REPUBLIC OF CONGO<br>and CENTRAL BANK OF THE<br>DEMOCRATIC REPUBLIC OF THE<br>CONGO,<br><br>　　　　　　　　　　　Defendants. | 09 Civ. 1652 (PAE)<br><br>**NOTICE OF APPEARANCE** |

　　　　　PLEASE TAKE NOTICE that the undersigned, an attorney admitted to practice before this Court, hereby appears as counsel for plaintiffs in the above-captioned action and requests that all future notices and papers in this action be served upon the undersigned at the address below.

Dated: September 18, 2012

　　　　　　　　　　　　　　　　　　　MILLER & WRUBEL P.C.

　　　　　　　　　　　　　　　　By:　/s/ Amanda F. Parsels
　　　　　　　　　　　　　　　　　　　Amanda F. Parsels
　　　　　　　　　　　　　　　　　　　570 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　(212) 336-3500
　　　　　　　　　　　　　　　　　　　aparsels@mw-law.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　*Themis Capital and*
　　　　　　　　　　　　　　　　　　　*Des Moines Investments Ltd.*