250 Park Avenue, 7th Floor
New York, NY 10177
Phone: (+1) 212-922-0040
Fax:    (+1) 212-954-5431
Web:   www.cabemery.org
cabusa@cabemery.org

**Emery Mukendi Wafwana & Associates, P.C.**
Law Firm
DRC - SOUTH AFRICA - USA

New York, January 25, 2013

**BY E-MAIL**

Honorable Paul A. Engelmayer
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re : Themis Capital, LLC & Des Moines Investments Ltd. v. the Democratic Republic of Congo & the Central Bank of the Democratic Republic of Congo, No. 09 Civ. 1652 (PAE)**

Dear Judge Engelmayer:

We represent defendants the Democratic Republic of Congo and the Central Bank of the Democratic Republic of Congo (together referred as "Defendants") in above-captioned action. We are writing further to this Court's Order of December 19, 2012.

On December 12, 2012, this firm ("EMW") submitted a motion to withdraw as counsel to Defendants.

Following such motion and ensuing telephonic conference held by the Court on December 17, 2012, the Court ruled that EMW's motion to withdraw be stayed to allow Defendants sufficient time to retain substitute counsel.

On January 25, 2013, attorneys for the law firm of DLA Piper filed motion for appearance on behalf of Defendants.

Accordingly, we respectfully request that EMW's motion to withdraw as counsel to Defendants be granted.

Respectfully submitted,

*Nady Mayifuila*

Nady Mayifuila

cc:   Mr. Dennis H. Hraniztky (via email)
      Mrs. Debra D. O'Gorman (via email)
      Mr. Joshua l. Sherman (via email)
      Mr. Joel M. Miller (via email)
      Mrs. Tara M. Lee (via email)
      Mrs. Sara Z. Moghadam (via email)
      Mrs. Rana Bahri (via email)
      Mr. Nicholas Fremont Aldrich (via email)