UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THEMIS CAPITAL, LLC and			:
DES MOINES INVESTMENTS LTD.,		:	No. 09 Civ. 1652 (PAE)
						:
          Plaintiffs,			:
						:
          v.				:
						:
DEMOCRATIC REPUBLIC OF CONGO		:
and CENTRAL BANK OF THE			:
DEMOCRATIC REPUBLIC OF THE		:
CONGO,					:
						:
          Defendants.			:
-----------------------------------------------------------x

## NOTICE OF DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER

PLEASE TAKE NOTICE THAT, upon all prior pleadings and proceedings heretofore had in this action, the accompanying memorandum of law, and Declaration of Sara Z. Moghadam and the exhibits thereto, Defendants Democratic Republic of the Congo and the Central Bank of the Democratic Republic of the Congo, will move this Court by means of their undersigned attorneys before the Honorable Paul A. Engelmayer, United States District Court Judge, United States Courthouse, Room 18C, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for the entry of an Order, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, granting Defendants leave to amend the answer previously filed in this case (Dkt. 70). Answering papers, if any, should be served on the undersigned in accordance with applicable Federal and Local Rules and the Individual Practices of this Court.

Dated: March 1, 2013				By: /s/ Douglas W. Mateyaschuk
						Douglas W. Mateyaschuk
						DLA Piper LLP (US)
						1251 Avenue of the Americas
						New York, NY 10020
						douglas.mateyaschuk@dlapiper.com
						Telephone: (212) 335-4500
						Facsimile: (212) 335-4501

						Tara M. Lee (admitted *pro hac vice*)
						DLA Piper LLP (US)
						One Fountain Square
						11911 Freedom Drive, Suite 300
						Reston, VA 20190-5602
						tara.lee@dlapiper.com
						Telephone: (703) 773-4000
						Facsimile: (703) 773-5000

						Sara Z. Moghadam (admitted *pro hac vice*)
						DLA Piper LLP (US)
						500 8th Street, NW
						Washington, DC 20004
						sara.moghadam@dlapiper.com
						Telephone: (202) 779-4000
						Facsimile: (202) 779-5000

						*Attorneys for Defendants,*
						*Democratic Republic of the Congo and*
						*Central Bank of the Democratic Republic*
						*of the Congo*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2013, I electronically filed the foregoing Notice of Defendants' Motion for Leave to Amend Answer, Memorandum of Law in Support of Defendants' Motion for Leave to Amend Answer and Declaration of Sara Z. Moghadam in Support of Defendants' Motion for Leave to Amend Answer using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ Douglas W. Mateyaschuk
Douglas W. Mateyaschuk
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
douglas.mateyaschuk@dlapiper.com
Telephone: (212) 335-4500
Facsimile: (212) 335-4501