UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THEMIS CAPITAL and DES MOINES INVESTMENTS LTD.,

                        Plaintiffs,

-v-

DEMOCRATIC REPUBLIC OF CONGO and CENTRAL BANK OF THE DEMOCRATIC REPUBLIC OF CONGO,

                        Defendants.

------------------------------------------------------------X

09 Civ. 1652 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' letter, dated March 1, 2013, raising several discovery disputes and requesting their resolution by the Court. Dkt. 135. The Court has also received plaintiffs' response, dated March 4, 2013. Dkt. 136.

Counsel are directed to appear before the Court for a phone conference on March 6, 2013, at 11:00 a.m., to discuss this request. Defendants' counsel is directed to ensure that all parties are on the line before placing the call to Chambers at (212) 805-0268.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: March 4, 2013
       New York, New York