USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THEMIS CAPITAL and DES MOINES INVESTMENTS LTD.,

                Plaintiffs,

-v-

DEMOCRATIC REPUBLIC OF CONGO and CENTRAL BANK OF THE DEMOCRATIC REPUBLIC OF CONGO,

                Defendants.

------------------------------------------------------------X

09 Civ. 1652 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' motion to amend their Answer, dated March 1, 2013. Dkt. 132–134. The Court has also received plaintiffs' opposition, dated March 15, 2013. Dkt. 139–140. The Court has also received defendants' letter, dated March 25, 2013, requesting permission to submit a reply. Dkt. 141.

Having reviewed the parties' submissions, the Court does not believe that a reply brief is necessary or warranted. The Court accordingly denies defendants' request to submit a reply brief.

The Court hereby notifies the parties that it denies defendants' motion to amend their Answer. An opinion explaining this ruling will follow shortly. The Court is taking the unusual step of announcing its ruling before issuing its opinion to eliminate the possibility that uncertainty about the outcome of defendants' motion to amend would delay or complicate the ongoing discovery process.

The Clerk of Court is directed to terminate the motion pending at docket number 132.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: March 27, 2013
      New York, New York