

**Dechert**
LLP

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

---

**DEBRA D. O'GORMAN**

debra.ogorman@dechert.com
+1 212 698 3593 Direct
+1 212 314 0093 Fax

June 28, 2013

**VIA EMAIL**

Honorable Paul A. Engelmayer
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Themis Capital & Des Moines Investments Ltd. v. The Democratic Republic of Congo & the Central Bank of the Democratic Republic of Congo*, No. 09 Civ. 1652 (PAE)

Dear Judge Engelmayer:

We write to advise Your Honor that, regrettably, the Standstill Stipulation and Order dated May 10, 2013 (the "Standstill Order") has failed to produce a settlement of the above-referenced matter.

In accordance with paragraph 3 of the Standstill Order, we write to advise Your Honor of this fact, and to request that the Fifth Revised Civil Case Management Plan and Order in the form previously submitted as Exhibit A to the Standstill Order be "So Ordered" by the Court. Once this revised Case Management Plan is put in to place, we anticipate the all aspects of the case will be reactivated and that the parties will promptly move forward to complete any remaining of discovery and pretrial tasks.

We are available for a call if the Court wishes to discuss this request, or anything else.

Respectfully submitted,

Debra D. O'Gorman

cc:   Douglas Mateyaschuk, Esq.
      Sara Moghadam, Esq.
      Tara Lee, Esq.

14975803.1.LITIGATION