UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THEMIS CAPITAL and DES MOINES INVESTMENTS LTD.,

                    Plaintiffs,

    -v-

DEMOCRATIC REPUBLIC OF CONGO and CENTRAL BANK OF THE DEMOCRATIC REPUBLIC OF CONGO,

                    Defendants.

------------------------------------------------------------------X

09 Civ. 1652 (PAE)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/13

PAUL A. ENGELMAYER, District Judge:

On August 1, 2013, the Court held a pretrial conference in this case. Neither party sought to move for summary judgment. Accordingly, the Court will hold a bench trial and set the following pretrial deadlines:

- Expert discovery is extended to September 13, 2013;

- Any motions *in limine* are due to the opposing party by October 4, 2013, with responses due October 11, 2013, both to be submitted to the Court along with the joint pretrial order;

- The joint pretrial order is due October 11, 2013.

The Court will hold the next conference in this case on October 25, 2013, at 2:15 p.m., at which it will set a trial date.

SO ORDERED.

                                            Paul A. Engelmayer
                                            United States District Judge

Dated: August 1, 2013
       New York, New York