**MEMO ENDORSED**


**DLA PIPER**

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Douglas W. Mateyaschuk
douglas.mateyaschuk@dlapiper.com
T 212.335.4984
F 212.884.8455

September 25, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/13

BY ELECTRONIC MAIL

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Themis Capital, et al. v. Democratic Republic of Congo, et al.*, No. 09-CV-1652

Dear Judge Engelmayer:

We represent Defendants Democratic Republic of the Congo and Central Bank of the Democratic Republic of the Congo and write with the consent of the Plaintiffs to request a modest extension to the pretrial calendar. This is the first request for an extension of the pretrial calendar set forth by the Court on August 1, 2013 (ECF No. 158).

The parties completed expert discovery last week and are currently working on an exchange of proposed stipulations and proposed findings of fact and conclusions of law. And members of the Defense team are scheduled to travel to Kinshasa this weekend to obtain input from our clients concerning the pretrial proceedings and the anticipated trial.

In light of these efforts, and Defense counsels' need to obtain input from their clients, we respectfully request that the Court modify the pretrial schedule as follows:

*Granted.*

- October 15, 2013:   Any motions *in limine* are due to the opposing party (currently scheduled for October 4, 2013).

- October 22, 2013:   The joint pretrial order is due, together with responses to any motions *in limine* (and all supporting and opposing papers in connection with any motions *in limine* are due to be filed) (currently scheduled for October 11, 2013).

The parties remain available for the October 25, 2013 pretrial conference and are also amenable to rescheduling that conference for a date that is more convenient to the Court should it wish to have more time to consider the parties' pretrial submissions. *The conference is rescheduled for November 5, 2013 at 2:15 p.m.*

**SO ORDERED:**

*Paul A. Engelmayer*     9/26/13
_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE