UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------
Themis Capital and
Des Moines Investment Ltd.,
                      Plaintiff,

Case No.  09 Civ. 1652 (PAE)

-against-
Democratic Republic of Congo and Central
Bank of the Democratic Republic of the Congo
                      Defendant.
-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Douglas Walter Mateyaschuk**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DM8806    My State Bar Number is _4314068

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Dewey & LeBoeuf LLP
                  FIRM ADDRESS: 1301 Ave. of the Americas, New York, NY 10019
                  FIRM TELEPHONE NUMBER: 212.259.8454
                  FIRM FAX NUMBER: 212.259.6333

NEW FIRM:    FIRM NAME: DLA Piper LLP (US)
                  FIRM ADDRESS: 1251 Ave. of the Americas, New York, NY 10020
                  FIRM TELEPHONE NUMBER: 212.335.4984
                  FIRM FAX NUMBER: 212.884.8455

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 17 January 2014

_____
ATTORNEY'S SIGNATURE

Please note, I originally mailed my change of firm notice simultaneously to the EDNY, SDNY and Second Circuit in May of 2013. However, I recently noticed that this change is not reflected on the docket in the SDNY.