UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THEMIS CAPITAL, LLC and
DES MOINES INVESTMENTS LTD.,

               Plaintiffs,

v.

DEMOCRATIC REPUBLIC OF CONGO
and CENTRAL BANK OF THE
DEMOCRATIC REPUBLIC OF THE
CONGO,

               Defendants.
-----------------------------------------------------------x

No. 09 Civ. 1652 (PAE)

[PROPOSED] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2014

    IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, is authorized to provide the Defendants' counsel in the above-captioned action with Internet connectivity for the duration of the proceedings, set to begin on Thursday, February 13, 2014 and continuing, if necessary, to February 14, 2014. Courtroom Connect can proceed to make the necessary arrangements with the District Executive Office of the Court and the official court reporter.

    IT IS FURTHER ORDERED THAT the following attorneys from the firm DLA Piper LLP (US) are permitted to bring in the necessary electronic computing devices to connect to the Courtroom Connect service: (1) Tara Lee, (2) Douglas Mateyaschuk, (3) Sara Moghadam, and (4) Paul Schmitt.

Dated: February 10, 2014

SO ORDERED:

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

EAST\69510965.1