UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
THEMIS CAPITAL and                                  :
DES MOINES INVESTMENTS LTD.,                        :  No. 09 Civ. 1652 (PAE)
                                                    :
                     Plaintiffs,                    :
v.                                                  :  ~~[PROPOSED]~~ ORDER
                                                    :
DEMOCRATIC REPUBLIC OF CONGO                        :
and CENTRAL BANK OF THE                             :
DEMOCRATIC REPUBLIC OF THE                          :
CONGO,                                              :
                                                    :
                     Defendants.                    :
-------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2014
```

IT IS HEREBY ORDERED THAT the following attorneys from Dechert LLP and DLA Piper LLP are permitted to bring computers into the Courtroom on February 11, 2014 at 3 PM in order to test the internet connection in anticipation of the trial set to begin on Thursday February 13, 2014 and continue to February 14, 2014: (1) Rana Bahri, Esq.; and (2) Collin Hessney (not yet admitted).

Dated: February 11, 2014
SO ORDERED:

_____
Paul A. Engelmayer
United States District Judge