UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
THEMIS CAPITAL and DES MOINES INVESTMENTS :
LTD., :
:
: 09 Civ. 1652 (PAE)
Plaintiffs, :
-v- : ORDER
:
:
DEMOCRATIC REPUBLIC OF CONGO and :
CENTRAL BANK OF THE DEMOCRATIC REPUBLIC :
OF CONGO, :
:
Defendants. :
:
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/14
```

PAUL A. ENGELMAYER, District Judge:

On July 18, 2014, the parties submitted a joint letter, which identified five remaining issues to be addressed in this litigation. Dkt. 214.

The first issue is whether plaintiffs are entitled to receive reasonable attorneys' fees and expenses. If the parties are unable to reach agreement on this issue, they will submit briefs to the Court on the following schedule: plaintiffs' motion for attorneys' fees and expenses will be due August 8, 2014; defendants' response will be due August 15, 2014; no reply is invited.

The second issue is the amount of interest that will be due to plaintiffs pursuant to the Court's judgment. Plaintiffs' position appears to be that they are entitled to interest through the date of judgment; the Court has not been informed of defendants' position. Plaintiffs are directed to submit a letter by August 1, 2014, providing support for their claim that they are entitled to interest through the date of judgment, rather than through, for example, July 9, 2014, which is when the Court issued its Opinion & Order. If is not clear to the Court why the

pendency of other open issues in this case (*e.g.*, attorneys' fees) should result in the continued accumulation of interest.

The third issue is the form of judgment that will be issued by the Court. The parties are directed to continue discussions in an effort to reach agreement as to this issue.

The fourth issue is the "reasonable time period," under the Foreign Sovereign Immunities Act, that should be permitted before attachment or execution of the judgment. *See* 28 U.S.C. § 1610(c). Plaintiffs have proposed a period of 45 days. The parties are directed to continue discussions in an effort to reach agreement as to this issue.

The fifth issue is defendants' intent to seek to stay the payment of the judgment pending appeal. The Court is hopeful that a reasonable agreement can be reached that protects both sides' interests as to this point.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 23, 2014
New York, New York